Walter Hansen
2061 Sunset Drive
Chandler, AZ 85225
602-300-9570
Fax: 480-421-4845
Email: butchhansen179@yahoo.com
*In Propria Persona*

FILED ___ LODGED
RECEIVED ___ COPY

JAN 12 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| CITY OF CHANDLER, ARIZONA, MUNICIPAL COURT CASE 09-B-1069211<br><br>Plaintiff,<br>vs.<br><br>WALTER HANSEN<br><br>Defendant. | CIV '10 0072 PHX JAT<br><br>CASE NO.:<br><br>**NOTICE OF REMOVAL** |

COMES NOW, the Plaintiff, Walter Hansen, *Pro Se* ("Hansen") and Request the District Court of the United States to Remove from the City of Chandler, Arizona, Municipal Court ("City") Case No.: 09-B-1069211, and hear, on the merits of the constitutionality of the statues and proceedings practiced in Chandler, Arizona. Jurisdiction of the Court *28 USC 1446 §Et Seq.* 1964 Civil Rights Act, Title 18 USC , See 242, 4, 5, 6, & 14, Amendment US Constitution.

**BRIEF IN SUPPORT OF REMOVAL PETITION**

While not attempting to communicate all of the things that are amiss in the City of Chandler's system, here are enough to maintain the Removal Petition.

1.  **Constitutionally:**

The system in place, violates all of the well known protections afforded United States Citizens to wit. The basic process creates two different types of law not recognized as prudent in United States jurisprudence.

    a) They create a crime of ownership.

    b) They establish two separate systems of Justice, one for process by officers, complaint, summons, hearing, pleading, trial, verdict, and penalty. Under this system it goes from photo to default judgment and skips all of the in between steps. It offends the principal of a reasonable and prudent man having the expectation of equal justice within the law.

    c) In effect, Chandler has created a new type of law – owner liability which does not exist.

    d) The presumption that the owner is guilty shifts the burden of proof from that what is required by the Rules of Civil Procedure.

    e) The city makes civil what the state makes criminal for the same offense and the city has no such power.

    f) There is no provision to confront your (accuser) the camera, thus denying an integral part of due process.

2. **Under Title 18, Sec 242. Color of Law**:

This statute makes it a crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges or immunities secured to protect the Constitution and laws of the United States.

This law further prohibits a person acting under color of law, statute, ordinance, regulation or custom to willfully subject or cause to be subjected any person to different punishments, pains, or penalties than those prescribed for punishment of citizens on account of such person being an alien or by reason of his/her color or race.

Acts under "color of any law" include acts not only done by federal, state, or local officials within the bounds or limits of their lawful authority, but

also acts done without and beyond the bounds of their lawful authority; provided that, in order for unlawful acts of any official to be done under "color of any law," the unlawful acts must be done while such official is purporting or pretending to act in the performance of his/her official duties. This definition includes, in addition to law enforcement officials, individuals such as Mayors, Council persons, Judges, Nursing Home Proprietors, Security Guards, etc., persons who are bound by laws, statutes, ordinances or customs.

Punishment varies from a fine or imprisonment of up to one year, or both, and if bodily injury results or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire shall be fined or imprisoned up to ten years or both, and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

A. The Chandler Court is basically a star chamber proceeding, an admiralty Court that has appeared on land, whose affects "acting under the cloak of law" are systematically abusing accused of their rights under this camera system.

B. First, the attesting police officer is committing perjury for falsely swearing the photo and information are true and correct, without a clue as to whether it is true or not.

C. The Court then sends by mail, not certified, a complaint that states you pay "x" amount now or be served and pay more later. Then failing to serve, hold an "in abstentia" trial and find you guilty by default, because they failed to meet the burden placed on them to provide service.

D. So, now you have a police officer committing perjury and judges ignoring due process, which now rises to the "if two or more persons conspire to deprive one of rights secured by the Constitution and Law of the United States, it becomes a conspiracy under 241 and 242 Title 18 USC and now is an actionable criminal offense, and the participants are not able to have immunity as a bar to prosecution; and are liable personally and individually.

## REMEDIES SOUGHT

1. Declare the use of Photo Cameras in the City of Chandler unconstitutional;

2. Order the City of Chandler to refund all monies that have been collected from (this is being done all over the United States as cities are losing class action suits) the camera fines;

3. Bar the City of Chandler from ever using photo cameras in the future;

4. Sanction the police officers and judges involved;

5. Bar the City of Chandler from operating adrimalty courts for the purpose of revenue raising.

Dated this 6 day of JAN, 2010.

*[signature: Walter R Hansen]*

Walter Hansen, *In Propria Persona*
2061 N. Sunset Drive
Chandler, Arizona 85225
(602) 300-9570
Fax: (480) 421-4945
Email: butchhansen179@yahoo.com

# EXHIBITS.

# 1-3 CHANDLER MUNICIPAL COURT..

Judge R Michael Traynor
200 e Chicago
Chandler, Az
85225
Certified mail
Hello
And greetings.

I received this in the mail yesterday. I am somewhat distraught at seeing a default judgment entered.

I was praying you might be able to assist me in this matter. I did receive a photo ticket. It clearly says on the ticket, you can pay now for a smaller amount or risk BEING SERVED, and paying a higher amount. By design, wishing to create a proper paper trail, as I am wishing to challenged the constitutionality of the photo system, and have spent months gathering all of the state supreme courts, and federal court decisions outlawing the practice. Further I have researched all of the class action suits that cities across the country have lost, forcing them to disgorge ALL of their unlawful monies collected from every single ticket payer.
 So, in a nut shell, I was an am eager to try the case, to the point I have prepared a federal removal petition to remove this to federal court, which instantly ceases your jurisdiction.
 But, alas, in my eagerness to defeat the system, it appears I might have missed something.. LIKE BEING SERVED.

As I have never been served, I am wondering mightily, how the matter was brought to default judgment????
   I wonder if it is just part of the system that would have officers commit perjury, swearing to circumstances they have not got the foggiest idea as to the accuracy or truthfulness     of what they are attesting to.. but , alas that would just be another procedural challenge to the ticket.
   I wonder , aloud , if you could advise me of how we proceeded to a default without service??

Walter Hansen
2061n sunset
Chandler,Az
85225

209 E. Chicago AT Chandler Arizona

| | |
|---|---|
| STATE OF ARIZONA, Plaintiff ) | DEFAULT JUDGMENT |
| ) | |
| vs. ) | Civil Failure to Appear |
| ) | |
| WALTER ROBERT HANSEN ) | |
| Defendant ) | |
| ) | |

The Court records indicate that you did not appear for your assigned court date. The Court has entered a Default Judgment against you and imposed the sanction(s) listed below. Upon receipt of the Default Judgment, the Motor Vehicle Division will, when authorized by the statute, suspend your driving privileges.

| Complaint # | Violation Code | Sanction |
|---|---|---|
| 09-B-1069211 | 28-701A | 285.00 |
| Time Payment Fee(s)s Due: | | 20.00 |
| TOTAL DUE | | $305.00 |

WARNING: Driving while your driving privileges are suspended is a crime. If you are found guilty of driving with suspended driving privileges, you may be arrested, sentenced to jail and required to pay another fine of up to $2500.00, plus surcharges. Your insurance rates may increase if you are convicted of driving while your driving privileges are suspended.

--- To pay in person, bring this notice with you. Pay by cash, money order, Visa, Mastercard, or cashier's check.

--- To pay by mail, enclose this notice with your money order or cashier's check. DO NOT MAIL CASH.

CLERK: CAJ      DATE: 07/29/09 JUDGE R. MICHAEL TRAYNOR

WALTER ROBERT HANSEN
2061 N SUNSET DR
CHANDLER, AZ 85225

IN THE CHANDLER MUNICIPAL COURT
MARICOPA COUNTY, STATE OF ARIZONA
200 E. Chicago Street, Chandler, Arizona   85225

STATE OF ARIZONA,                    )
                                     )
            Plaintiff,               )   ORDER TO SET ASIDE DEFAULT DENIED
                                     )
    vs.                              )
                                     )   Case No(s):
WALTER ROBERT HANSEN,                )   09-B-1069211
                                     )
            Defendant.               )
_____)

The Court, has received and reviewed your request to Set Aside Default, after reviewing your letter;

IT IS ORDERED denying your request to set aside the default. The total amount must be paid in full in order to receive a Motor Vehicle Clearance.

DONE IN OPEN COURT on this 11th Day of AUGUST, 2009.

**MARIA BREWER**

_____
Maria Brewer
City Magistrate

---

CERTIFICATE OF TRANSMITTAL

Copy of the foregoing
mailed/hand delivered this
_____ day of _____,
2009, to:

    WALTER ROBERT HANSEN
    2061 N SUNSET DR
    CHANDLER, AZ 85225

Copy of the foregoing
mailed/hand delivered this
_____ day of _____,
2009, to:

    STATE OF ARIZONA

By _____

By _____